No. 431. PASQUALE CIAFIRDINI *v.* UNITED STATES. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. A. B. Quinton* for petitioner. *The Solicitor General* for the United States.

---

No. 432. SETON C. BENS *v.* JAMES M. POWER, UNITED STATES MARSHAL, ETC. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George R. Rubin* for petitioner. *The Solicitor General* for respondent.

---

No. 436. MRS. CAMILLA DAVIS PUTNAM, WIDOW, ETC., ET AL. *v.* MRS. LOUISE STONE BORST. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edwin T. Merrick* for petitioners. *Mr. D. B. H. Chaffe* and *Mr. E. J. Bowers* for respondent.

---

No. 437. FRED BLACKSTOCK *v.* UNITED STATES. October 11, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. L. D. Mitchell* and *Mr. M. K. Cruce* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. Roy C. McHenry* for the United States.